COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause Number:      01-18-01113-CV

Trial Court Cause
Number:      18-DCV-251366

Style:      In re Fort Bend Independent School District

Date motion filed*:      January 10, 2020

Type of motion:      Motion for Issuance of Writ of Mandamus

Party filing motion:      Relator

Document to be filed:

Is appeal accelerated? ☒ YES    ☐ NO

Ordered that motion is:

☐ Granted

     If document is to be filed, document due: _____

     ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

This Court issued an opinion on October 3, 2019, conditionally granting mandamus relief and ordering the trial court to dismiss the underlying proceeding. Relator, Fort Bend Independent School District, notified this Court that the trial court had not complied with our opinion and requested that we issue the writ of mandamus. The parties have notified us that on July 15, 2020, the trial court signed a final judgment dismissing the underlying proceeding. Relator's request that the writ of mandamus issue is therefore dismissed as moot.

Judge's signature: /s/ Evelyn V. Keyes
         ☒ Acting individually      ☐ Acting for the Court

Date: December 29, 2020